IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-01-RWS |
| MIGUEL ALVARADO-LINARES, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [730] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation and Defendant's Objections [736] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. In his Objections, Defendant primarily takes issue with the treatment in the Report and Recommendation of the differing account of Defendant's involvement in the shooting and the informant having initially denied any involvement in the shooting. The Court

agrees with the conclusions reached by Judge Scofield as to both of these issues.

Accordingly, Defendant's Motion to Suppress Statements and Fruits Thereof [388] and Defendant's Motion to Suppress Statements and/or Evidence Obtained as a Result of an Unconstitutional Arrest [562] are **DENIED**.

**SO ORDERED** this 18th day of April, 2013.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)